UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X
:
SANTOS SANCHEZ,
:
               Plaintiff,
:          **ORDER**

     -against-
:          08 Civ. 1524 (LTS)(MHD)

COMMISSIONER OF SOCIAL SECURITY,
:
               Defendant.
:
------------------------------------X

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:


    It is hereby **ORDERED** as follows:


1.    Defendant is to serve and file his answer by no later than **TUESDAY, MAY 6, 2008**.


2.    Defendant is to serve his motion for judgment on his pleadings by no later than **FRIDAY, JUNE 6, 2008**.


3.    Plaintiff is to serve his responding papers by no later than **TUESDAY, JULY 1, 2008**.


4.    Defendant is to serve his reply papers by no later than **TUESDAY, JULY 15, 2008**.

DATED:   New York, New York
         March 18, 2008

                                      SO ORDERED.


                                      _____
                                      MICHAEL H. DOLINGER
                                      UNITED STATES MAGISTRATE JUDGE


Copies of the foregoing Order have been mailed this date to:

Mr. Santos Sanchez
1250 Morris Avenue
#6S
Bronx, NY 10456

Susan Baird, Esq.
Assistant United States Attorney
    for the Southern District of New York
86 Chambers Street, 3rd Floor
New York, NY 10007

2