ORIGINAL

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SUSAN D. BAIRD
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York  10007
Tel. (212) 637-2713
Fax (212) 637-2750

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -x
SANTOS SANCHEZ,                 :
                                :
            Plaintiff,          :
                                :
      - v. -                    :
                                :   STIPULATION AND ORDER
                                :
MICHAEL J. ASTRUE,              :   08 Civ. 1524 (LTS)(MHD)
Commissioner of                 :
Social Security,                :
                                :
            Defendant.          :
                                :
- - - - - - - - - - - - - - - -x

    IT IS HEREBY STIPULATED AND AGREED, by and between the attorney for the defendant and the plaintiff pro se, that the defendant's time to answer or move with respect to the complaint in the above-captioned action is extended from May 6, 2008 to and including July 7, 2008.  The defendant will file a motion for judgment on the pleadings by August 6, 2008, plaintiff will respond by September 3, 2008, and the defendant will reply by

September 17, 2008. This extension is requested to allow the Social Security Administration sufficient time to evaluate its litigation position in this case. No previous extension has been requested in this case.

Dated: New York, New York
April 6, 2008

*Santos Sanchez*
SANTOS SANCHEZ
Plaintiff Pro Se
1250 Morris Avenue
Apt. #G5
Bronx, New York 10456
Telephone No. (718)664-3279

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendant

By: _____
SUSAN D. BAIRD
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York  10007
Telephone No.: (212) 637-2713
Susan.Baird@usdoj.gov

SO ORDERED: 4/25/08

_____
UNITED STATES MAGISTRATE JUDGE