**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*



ENDORSED ORDER

Application granted. Defendant's answer is due by August 6, 2008. The deadline for service of a motion for judgment on the pleadings is extended for 30 days.

M/USMJ
7/3/08

[USDC SDNY stamp: DOCUMENT ELECTRONICALLY FILED, DOC #: ___, DATE FILED: 7/8/08]

86 Chambers Street, 3rd floor
New York, New York 10007

July 3, 2008

**BY FAX**

Honorable Michael H. Dolinger
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, New York 10007

    Re: <u>Santos Sanchez v. Astrue</u>
         08 Civ. 1524 (LTS) (MHD)

Dear Judge Dolinger:

    The Government's answer in the above-referenced Social Security case is due July 7, 2008. We write respectfully to request, with the consent of plaintiff, who is proceeding <u>pro se</u>, that the time to answer or move with respect to the complaint be adjourned for 30 days, until August 6, 2008. The reason for this request is to allow the Social Security Administration sufficient time to re-evaluate its litigation position in this matter. One prior adjournment has been granted in this case. We appreciate the Court's consideration of this request.

                               Respectfully,

                               MICHAEL J. GARCIA
                               United States Attorney

               By:    /s/ Susan D. Baird
                       SUSAN D. BAIRD
                       Assistant United States Attorney
                       tel. (212) 637-2713
                       fax (212) 637-2750

cc: Santos Sanchez
     Plaintiff <u>pro se</u>