**ORIGINAL**

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SUSAN D. BAIRD
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York  10007
Tel: (212) 637-2713
Fax: (212) 637-2750

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: JUL 24 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x
SANTOS SANCHEZ,                  :
                                 :
                    Plaintiff,   :
                                 :
          - v. -                 :   STIPULATION AND ORDER
                                 :        OF REMAND
MICHAEL J. ASTRUE,               :
Commissioner of                  :   08 Civ. 1524 (LTS)(MHD)
Social Security,                 :
                    Defendant.   :
- - - - - - - - - - - - - - - - -x

     IT IS HEREBY STIPULATED AND AGREED, by and between the attorney for the defendant and the plaintiff *pro se*, that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g),

Copies mailed/faxed to All parties
Chambers of Judge Swain
7-24-08

for further administrative proceedings. The Clerk is directed to enter judgment. See Shalala v. Schaefer, 509 U.S. 292 (1993).

Dated: New York, New York
       July  , 2008

                                    *Santos Sanchez*
                                    SANTOS SANCHEZ
                                    Plaintiff Pro Se
                                    1250 Morris Avenue
                                    Apt. #GS
                                    Bronx, New York 10456
                                    Telephone No. (718) 664-3279  pedido
                                    718 688 5330

                                    MICHAEL J. GARCIA
                                    United States Attorney for the
                                    Southern District of New York
                                    Attorney for Defendant

                            By:     *Susan Baird*
                                    SUSAN D. BAIRD
                                    Assistant United States Attorney
                                    86 Chambers Street, 3rd Floor
                                    New York, New York  10007
                                    Telephone No. (212) 637-2713
                                    Susan.Baird@usdoj.gov

SO ORDERED:

_____ 7/23/08
UNITED STATES DISTRICT JUDGE